IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 AUG 19 PM 4: 24

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY MASQUAT,<br><br>Defendant. | 8:25CR 182<br><br>INDICTMENT<br>18 U.S.C. § 113(a)(3)<br>18 U.S.C. § 1153 |

The Grand Jury charges that

<u>COUNT I</u>

On or about April 5, 2025, in the District of Nebraska, within the exterior boundaries of the Winnebago Indian Reservation, in Indian Country, the defendant, ANTHONY MASQUAT, an Indian male, did assault VICTIM 1 with a dangerous weapon, to wit: a knife, with intent to do bodily harm, and without just case or excuse, in that the defendant, ANTHONY MASQUAT, stabbed VICTIM 1 multiple times with a knife.

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

KATHRYN A. PFLUG, #27650
Assistant U.S. Attorney

1